UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALLEN BOZEMAN,<br><br>Petitioner,<br><br>v.<br><br>SACRAMENTO SUPERIOR COURT,<br><br>Respondent. | No. 2:24-cv-00163-DB<br><br>ORDER & FINDINGS & RECOMMENDATIONS |

By order filed April 25, 2024, petitioner was ordered to file a motion for in forma pauperis affidavit or pay the required filing fee within thirty days. (ECF No. 4.) Thirty days from that date have now passed, and petitioner has not filed an IFP, or otherwise responded to the court's order.

IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign this action to a United States District Judge.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

2  failure to file objections within the specified time may waive the right to appeal the District

3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4  Dated:  May 29, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner/Habeas/R/boze.163.fta